UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x

ILIR TOPALLI,                                   08 Civ. 8162 (AKH)(MHD)

                Plaintiff,                    ECF Case

                                           **NOTICE OF MOTION**

    v.

MULTIPLE SCLEROSIS RESEARCH CENTER OF
NEW YORK, INC; INTERNATIONAL MULTIPLE
SCLEROSIS MANAGEMENT PRACTICE; AND
SAUD SADIQ, M.D.,
                Defendants.
―――――――――――――――――――――――――x

      PLEASE TAKE NOTICE THAT, upon the affirmation of Steven D. Skolnik, Esq., dated January 28, 2010 ("Skolnik Affirmation"), the accompanying Memorandum of Law, and all papers filed and proceedings had herein, the law firm of Cox Padmore Skolnik & Shakarchy LLP (hereinafter, "Cox Padmore") will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, 500 Pearl Street, New York, NY 10007, Courtroom 14D, on Monday, February 22, 2010 at 10:00 a.m., or on such alternative date and time as the Court shall so designate for hearing, for an order, (i) permitting the filing of the Skolnik Affirmation under seal and for *in camera* review without service upon counsel for the defendants and without filing in the ECF system, and (ii) granting the application of Cox Padmore to withdraw as counsel to plaintiff Ilir Topalli, Ph.D., pursuant to Local Civil Rule 1.4, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda of law shall be served with fourteen days after service of these moving papers and reply papers, if any, shall be served within seven days after service of the answering papers.

DATED: New York, NY
January 28, 2010

        COX PADMORE SKOLNIK & SHAKARCY LLP
        Attorneys for Dr. Ilir Topalli

By: _____
Steven D. Skolnik, P.C.
Steven D. Skolnik, Esq. (SS-1122)
630 Third Avenue, 19th Floor
New York, NY 10017
(212)953-6633

To: Lawrence J. Baer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ilir Topalli, Ph.D.
160 East 91st Street, 6F
New York, NY 10128