UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

ILIR TOPALLI,

                 Plaintiff,

v.

MULTIPLE SCLEROSIS RESEARCH CENTER OF
NEW YORK, INC; INTERNATIONAL MULTIPLE
SCLEROSIS MANAGEMENT PRACTICE; AND
SAUD SADIQ, M.D.,
                 Defendants.
_____x

08 Civ. 8162 (AKH)(MHD)

ECF Case
**SUPPLEMENTAL AFFIRMATION OF STEVEN D. SKOLNIK IN SUPPORT OF MOTION TO WITHDRAW**

I, Steven D. Skolnik, being an attorney duly admitted to the bar of the State of New York, hereby affirm under penalty of perjury as follows:

1. My professional corporation is a member of the law firm of Cox Padmore Skolnik & Shakarchy LLP (hereinafter, the "law firm" or "Cox Padmore").

2. This affirmation supplements the Affirmation of Steven D. Skolnik in Support of Motion to Withdraw, dated January 28, 2010. The sole purpose of this affirmation is to request that in connection with the Motion to Withdraw, this Court grant a sixty (60) day stay of all proceedings to permit Dr. Topalli to retain new counsel.

3. This affirmation is being hand delivered to Dr. Topalli's home address on January 29, 2010.

DATED:    New York, NY
                January 28, 2010

_____
Steven D. Skolnik

2

To:    Lawrence J. Baer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ilir Topalli, Ph.D.
160 East 91st Street, 6F
New York, NY 10128